```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  AUG - 7 2025

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. EDCR-14-00128-VAP |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| EDDIE GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

   On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

      A. (✓)  the appearance of defendant as required; and/or

      B. ( )  the safety of any person or the community.

   2. The Court concludes:

      A. ( )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1 | other persons or the community. Defendant poses a risk to the
2 | safety of other persons or the community based on:

3
4
5
6
7

8  B. (✓) Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10 a flight risk based on: _absconding from supervision_;
11 _no residence_
12
13
14
15

16 IT IS ORDERED that defendant be detained.

17
18
19
20 DATED: August 7, 2025

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                Page 2 of 2